```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA


SAMUEL B. RANDOLPH, IV,            :     CIVIL ACTION
                                   :     NO. 11-3396
         Plaintiff,                :
                                   :
    v.                             :
                                   :
JOHN WETZEL, et al.,               :
                                   :
         Defendants.               :
```

## O R D E R

**AND NOW**, this **18th** day of **December, 2013**, for the reasons stated below it is hereby **ORDERED** as follows:

(1) Commonwealth Defendants' Motion for Summary Judgment (ECF No. 78) is **GRANTED in part and DENIED in part** as set forth below;

    (a) It is **GRANTED** for all claims against all Defendants in their official capacity;

    (b) It is **GRANTED** as to claims under the Eighth Amendment for failure to intervene as to Plaintiff's medical care;

    (c) It is **GRANTED** as to claims under the Eighth Amendment for denial of food and water;

    (d) It is **GRANTED** as to claims under the Eighth Amendment for refusing to transport Plaintiff on a gurney;

    (e) It is **GRANTED** as to claims under the Eighth

Amendment for denial of visitation privileges;

  (f) It is **GRANTED** as to claims under the Eighth Amendment for the fluorescent lighting;

  (g) It is **GRANTED** as to claims under the Americans with Disabilities Act;

  (h) It is **GRANTED** as to claims under the Fourteenth Amendment for denial of due process;

  (i) It is **GRANTED** as to claims under the Fourteenth Amendment for denial of access to the courts;

  (j) It is **DENIED** as to claims under the Eighth Amendment for excessive use of force against Defendants Speelman, Lacotta, and Rambler;

  (k) It is **DENIED** as to claims under the First Amendment for retaliation against Defendants Speelman and Lacotta; and

  (l) It is **GRANTED** as to claims under the First Amendment for retaliation against all remaining Commonwealth Defendants;

 (2) Medical Defendants' Motion for Summary Judgment (ECF NO. 81) is **GRANTED in part and DENIED in part** as set forth below;

  (a) It is **GRANTED** as to claims under the Americans with Disabilities Act;

  (b) It is **GRANTED** as to claims under the Eighth

Amendment for failure to provide treatment and for fluorescent;

   (c) It is **GRANTED** as to claims under the Eighth Amendment for Cruel and Unusual Punishment for denial of food and water;

   (d) It is **GRANTED** as to claims under the Fourteenth Amendment for denial of due process;

   (e) It is **DENIED without prejudice** as to the claims for medical malpractice;

  (3) Plaintiff's claims for injunctive relief are **DISMISSED**; and

  (4) Plaintiff's Motion for Partial Summary Judgment (ECF No. 113) is **DENIED.**


 **IT IS SO ORDERED.**

           /s/ Eduardo C. Robreno
           **EDUARDO C. ROBRENO,  J.**